WALTER B. J. MITCHELL, Appellant, *v.* CITY OF YONKERS,
Respondent.

(Argued February 9, 1931; decided February 17, 1931.)

*Harry J. Laragh, Corporation Counsel (Vincent C.
De Carlo* of counsel), for motion.

*William W. Schrugham* opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.